ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
J. MARTY HOWARD
Assistant General Counsel
Nevada Bar No. 1052
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants the State*
*of Nevada ex rel. Board of Regents of*
*the Nevada System of Higher Education,*
*on behalf of the University of Nevada,*
*Las Vegas and Vernon Hodge*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| SUJANIE V.S.V. GAMAGE aka SUJANIE GAMAGE SAMARASEK,<br><br>        Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of THE UNIVERSITY OF NEVADA, LAS VEGAS; a Political Subdivision of the State of Nevada; VERNON HODGE, individually and in his official capacity as an employee of the University of Nevada, Las Vegas; and DOES I-XX inclusive,<br><br>        Defendants. | CASE NO.: 2:12-cv-00290-GMN-VCF<br><br><br>**MOTION FOR ENLARGMENT OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br>**[SECOND REQUEST]** |

Defendants, The State of Nevada ex rel., its Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("UNLV") and Vernon Hodge, individually and in his official capacity ("Hodge" and collectively "Defendants") by and through counsel, Elda M. Sidhu, General Counsel, University of Nevada, Las Vegas, and J.

S:\General Counsel\LITIGATION FILES\Gamage-Samarasek, Sujanie\Pleadings\Draft\2012-04-05 Mtn for Enlargment of Time to File Resp Pleading to Pltf's Complaint.docx

1

1   Marty Howard, Assistant General Counsel, University of Nevada, Las Vegas, hereby move this

2   Court for an extension of time in which to file a responsive pleading to Plaintiff's Complaint, that

3   will extend the present deadline date of April 9, 2012 to **April 23, 2012**. This motion is brought

4   pursuant to Fed. R. Civ. P. 6(b), LR 6-1 and LR 6-2, the attached points and authorities, and the

5   papers and pleadings on file with the Court.

6       DATED this ___6th___ day of April, 2012.

7

8

9                                           HILDA M. SIDHU
                                            General Counsel
10                                          Nevada State Bar No. 7799
                                            J. MARTY HOWARD
11                                          Assistant General Counsel
                                            Nevada State Bar No.  1052
12                                          UNIVERSITY OF NEVADA, LAS VEGAS
                                            4505 Maryland Parkway, Box 41085
13                                          Las Vegas, Nevada 89154-1085
                                            *Attorneys for Defendants the State*
14                                          *of Nevada ex rel. Board of Regents of*
                                            *the Nevada System of Higher Education,*
15                                          *on behalf of the University of Nevada,*
                                            *Las Vegas and Vernon Hodge*
16

17                      **MEMORANDUM OF POINTS AND AUTHORITIES**

18       I began working for UNLV on or about January 9, 2012 and am becoming familiar with a

19   new area of the law and client.

20       I had scheduled a meeting with Defendant Hodge and another representative on April 5,

21   2012 to discuss the process in a student academic misconduct case, go through and have the

22   client explain the documents to me; and review the complaint and formulate an answer.

23       I was informed on or about April 4, 2012 the meeting needed to be rescheduled due to the

24   fact it is spring break.

25       I have rescheduled the meeting for April 9, 2012.

26       This Honorable Court graciously granted the parties previous Stipulation to Extend Time

27   to Answer Complaint (First Request) on March 7, 2012.  (CR#8).  Therefore, an answer is

28   currently due on April 9, 2012.

1    Defendants would respectfully request an additional 10 business days to file an answer to

2   the complaint in this matter to and including, April 23, 2012.

3    Federal Rule of Civil Procedure 6(b)(1) provides "[w]hen an act may or must be done

4   within a specified time, the court may, for good cause, extend the time:  (A) with or without

5   motion or notice if the court acts, or if a request is made, before the original time or its extension

6   expires."  Fed. R. Civ. P. 6(b)(1)(A).

7    Judges have wide discretion in managing their dockets.  See *Hernandez v. City of El

8   Monte*, 138 F.3d 393, 399 (9th Cir. 1998).  Also, Fed R. Civ. P. 6(b) (advisory committee note,

9   1946) ("Rule 6(b) is rule of general application giving wide discretion to the court to enlarge

10   these time limits or revive them after they have expired…").

11                              **CONCLUSION**

12    Based on the above, University respectfully requests the Court grant an extension of 10

13   business days from the stipulated date University's response to Plaintiff's Complaint is currently

14   due, April 9, 2012, until April 23, 2012, to file its Answer to Plaintiff's Complaint.

15    DATED: April 6th, 2012.

16

17

18                              WILDA M. SIDHU
                                General Counsel
19                              Nevada Bar No.  7799
                                J. MARTY HOWARD
20                              Assistant General Counsel
                                Nevada Bar No.  1052
21                              UNIVERSITY OF NEVADA, LAS VEGAS
                                4505 South Maryland Parkway, Box 451085
22                              Las Vegas, Nevada  89154-1085
                                *Attorneys for Defendants*
23

24   IT IS SO ORDERED:  April 6, 2012

25

26                              United States District Court Judge

27

28

1

**CERTIFICATE OF SERVICE**

2      I certify that on this date, April 6, 2012, I served the following *MOTION FOR*

3   *ENLARGMENT OF TIME TO FILE RESPONSE PLEADING TO PLAINTIFF'S*

4   *COMPLAINT [SECOND REQUEST]* via electronic service on the date and to the address(es)

5   shown below:

6      Jason J. Bach, Esq.
       Email: jbach@bachlawfirm.com
7      Michael L. Mascarello, Esq.
       Email: mmascarello@bachlawfirm.com
8      THE BACH LAW FIRM, LLC
       6053 South Fort Apache Road, Ste. 130
9      Las Vegas, Nevada 89148
       *Attorneys for Plaintiff*
10

11

12

13

14                                    ANGELA CHRISTIAN, an employee
                                      of the University of Nevada, Las Vegas
15

16

17

18

19

20

21

22

23

24

25

26

27

28