JASON J. BACH, ESQ.
Nevada Bar No. 7984
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
THE BACH LAW FIRM, LLC
6053 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 925-8787
Fax: (702) 925-8788
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| SUJANIE V.S.V. GAMAGE aka SUJANIE GAMAGE SAMARASEK,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, ex. Rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; a Political Subdivision of the State of Nevada; VERNON HODGE, individually and in his official capacity as an employee of the University of Nevada, Las Vegas; and DOES I-XX inclusive,<br><br>    Defendants. | CASE NO.: 2-12-cv-290-GMN-VCF |

## ACCEPTANCE OF SERVICE

JASON J. BACH, ESQ.
Nevada Bar No. 7984
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
THE BACH LAW FIRM, LLC
6053 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 925-8787
Fax: (702) 925-8788
Attorneys for Plaintiff

# DISTRICT COURT

## CLARK COUNTY, NEVADA

\* \* \* \* \*

| | |
|---|---|
| SUJANIE V.S.V. GAMAGE aka SUJANIE GAMAGE SAMARASEK,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, ex. Rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, LAS VEGAS; a Political Subdivision of the State of Nevada; VERNON HODGE, individually and in his official capacity as an employee of the University of Nevada, Las Vegas; and DOES I-XX inclusive,<br><br>Defendants. | CASE NO.: A653304<br>DEPT NO.: XXXII<br><br>**ACCEPTANCE OF SERVICE OF PROCESS** |

The undersigned, SCOTT FLEMING, ESQ., is duly authorized to accept service of process in the above-entitled matter on behalf of Defendant, VERNON HODGE. Accordingly, the undersigned accepts service of *Summons and Plaintiff's Complaint* in the above entitled matter.

DATED this 22nd day of February, 2012.

OFFICE OF GENERAL COUNSEL, UNLV

SCOTT D. FLEMING, ESQ.
Office of General Counsel
University of Nevada, Las Vegas
4505 S. Maryland Parkway
Las Vegas, NV 89154-1085