# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUJANIE V.S.V. GAMAGE aka SUJANIE GAMAGE SAMARASEK,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, *et al.,*<br><br>Defendants. | 2:12-cv-00290-GMN-VCF<br><br>**ORDER**<br>[Motion to Extend Time regarding Discovery/Nondispositive Matter (#22), Scheduling Order (#23)] |

Before the Court is *Sujanie V.S.V Gamage v. The State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education, et al.*, 2:12-cv-00290-GMN-VCF.

On December 3, 2012, the Court inadvertently entered an order granting Plaintiff's Motion to Extend Discovery Deadlines (#22). (#23). Upon review, the Court will allow Plaintiff's Motion to Extend Discovery Deadlines (#22) to be fully briefed.

According,

IT IS HEREBY ORDERED that the scheduling order (#23) on Plaintiff's Motion to Extend Discovery Deadlines (#22) is VACATED.

IT IS FURTHER ORDERED that Defendants' Motion for Reconsideration of the Court's Order Dated December 3, 2012 Granting Plaintiff's Motion to Extend Discovery Deadlines (#24) will be considered a response to Plaintiff's Motion to Extend Discovery Deadlines (#22).

…

IT IS FURTHER ORDERED that the reply in support of Plaintiff's Motion to Extend Discovery Deadlines (#22) will be due on or before December 17, 2012.

DATED this 7th day of December, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE