ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUJANIE V.S.V. GAMAGE aka SUJANIE GAMAGE SAMARASEK,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of THE UNIVERSITY OF NEVADA, LAS VEGAS; a Political Subdivision of the State of Nevada; VERNON HODGE, individually and in his official capacity as an employee of the University of Nevada, Las Vegas; and DOES I-XX inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-00290-GMN-VCF<br><br>EXTENSION OF TIME RE TRANSCRIPT: EXTENSION OF TIME TO FILE FINDINGS OF FACT, CONCLUSIONS OF LAW PURSUANT TO COURT'S NOTICE DATED SEPTEMBER 18, 2013 [DOC. #47] |

COME NOW, Defendants, The State of Nevada ex rel., its Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**" or "**University**") and Vernon Hodge, individually and in his official capacity ("**Dr. Hodge**" and collectively "**Defendants**"), by and through counsel, hereby submits their request for a two-week extension to file the proposed order, including findings of fact and conclusions of law as directed in the Court's September 18, 2013 minute order, Document #47.

1  Although counsel for Defendants took copious notes at the September 17, 2013 Motion Hearing regarding the Court's findings and conclusions, counsel for Defendants seeks to ensure an accurate proposed order will be submitted to the Court consistent with the Court's statements. Counsel for Defendants has requested and is waiting for the Motion Hearing transcript to be provided to her and has been informed that the Motion Hearing transcript will be provided to counsel for Defendants on or before Tuesday, October 1, 2013, the day the Court requested the proposed order be submitted.

As such, Defendants request the Court grant counsel for Defendants a two-week extension, up to and including October 15, 2013, to submit the proposed order as directed.

DATED: September 26, 2013.

/S/ DEBRA L. PIERUSCHKA
ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

**IT IS SO ORDERED** this 27th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge