# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUJANIE V.S. GAMAGE aka SUJANIE GAMAGE SAMARASEK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF HIGHER EDUCATION, on behalf of THE UNIVERSITY OF NEVADA, LAS VEGAS; a Political Subdivision of the State of Nevada; VERNON HODGE, individually and in his official capacity as an employee of the University of Nevada, Las Vegas; and DOES I-XX inclusive,<br><br>　　　　　　Defendants. | 2:12-cv-00290-GMN-VCF<br><br>**ORDER** |

　　　The Court having reviewed Plaintiff's Motion to Approve Timing of Filing of Plaintiff's Opposition to Defendants' Motion for Attorney Fees and Costs (#68) and The Bach Law Firm, LLC's Motion to Approve Timing of Filing of Opposition to Defendants' Motion for Attorney's Fees and Costs (#69) finds that there are sufficient reasons to grant both motions.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Plaintiff's Motion to Approve Timing of Filing of Plaintiff's Opposition to Defendants' Motion for Attorney Fees and Costs (#68) and The Bach Law Firm, LLC's Motion to Approve Timing of Filing of Opposition to Defendants' Motion for Attorney's Fees and Costs (#69) are both GRANTED.

　　　DATED this 2nd day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE