# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Sujanie V.S.V. Gamage,

Plaintiff,

V.

State of Nevada, et al.,

Defendants.

Attorney's Fees
**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00290-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Sujanie V.S.V. Gamage, The Bach Law Firm, and Jason Bach are jointly and severally liable to UNLV in the amount of $43,623.56 for UNLV's attorney's fees and interest on the judgment. IT IS FURTHER ORDERED that Gamage is individually liable to UNLV for costs already taxed and interest on costs already taxed in the amount of $2,291.71.

September 15, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk