UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUJANIE V.S.V. GAMAGE aka SUJANIE GAMAGE-SAMARASEK; THE BACH LAW FIRM, LLC; JASON J. BACH;<br><br>        Plaintiffs,<br>  vs.<br><br>THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of THE UNIVERSITY OF NEVADA, LAS VEGAS; VERNON HODGE,<br><br>        Defendants. | Case No.: 2:12-cv-00290-GMN-VCF<br><br>**ORDER** |

    Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (ECF No. 122), which states that the Motion for Attorneys' Fees on Appeal (ECF No. 112) filed by Defendant the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("Defendant") should be denied.

    A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized

1  that a district court is not required to review a magistrate judge's report and recommendation
2  where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,
3  1122 (9th Cir. 2003).
4      Here, no objections were filed, and the deadline to do so has passed.
5      Accordingly,
6      **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 122) is
7  **ACCEPTED and ADOPTED in full**.
8      **IT IS FURTHER ORDERED** that Defendant's Motion for Attorneys' Fees on Appeal
9  (ECF No. 112) is **DENIED**.
10     **DATED** this  24  day of October, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court